IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60587
Conference Calendar

_____


GEORGE POTTS, JR.,

                                        Plaintiff-Appellant,


versus


D.B. POPE, a/k/a Pete Pope,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:94-CV-342
- - - - - - - - - -
June 28, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     George Potts, Jr., #A13227, appeals the grant of summary judgment for the defendant in his civil rights action challenging conditions at the Jackson County, Mississippi, Adult Detention Center and seeking only injunctive relief.  Potts's transfer from the Center rendered his action moot.  *See Rocky v. King*, 900 F.2d 864, 867 (5th Cir. 1990).

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Accordingly, the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.

Potts's motion for appointment of counsel is DENIED.